No. 73-2038. CHURCHILL AREA SCHOOL DISTRICT ET AL. *v.* HOOTS ET AL. C. A. 3d Cir. Motion of respondents Knight et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73-6601. WILLIAMS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would grant certiorari.

No. 73-6636. ANDREWS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 73-6805. GEARIN *v.* WEYERHAEUSER LINE. C. A. 9th Cir. Motion of Apostleship of the Sea for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 73-7079. HARDAWAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied as untimely filed. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART would grant certiorari.

No. 74-10. NESTLER ET AL. *v.* RICHEY, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Certiorari denied as untimely filed.

No. 74-27. LONG ISLAND RAIL ROAD CO. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 2d Cir. Motion to consolidate with No. 74-360 [*Long Island Rail Road Co.* v. *United States*] and certiorari denied.

No. 74-50. HENDERSON ET AL. *v.* MOYE. C. A. 8th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.